

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:    01-13-00092-CV

Trial Court Cause
Number:    07CV0920

Style:    Augusta Barge Company

**v** Doug R. Gay

Date motion filed[*]:    May 15, 2013

Type of motion:    Motion for extension of time to file reporter's record

Party filing motion:    Court reporter

Document to be filed:    Reporter's record

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

    Original due date:    March 3, 2013

    Number of previous extensions granted:    1

    Date Requested:    May 31, 2013

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due:  May 31, 2013

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature:  /s/ Terry Jennings
        ☒ Acting individually    ☐ Acting for the Court

Date: May 22, 2013